1  Abran E. Vigil
   Nevada Bar No. 7548
2  Justin A. Shiroff
   Nevada Bar No. 12869
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106-4617
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   E-Mail: vigila@ballardspahr.com
6  E-Mail: shiroffj@ballardspahr.com

7  *Attorneys for JPMorgan Chase Bank N.A.*

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEVADA

10  JPMORGAN CHASE BANK N.A.,

11       Plaintiff,                          CASE NO. 2:16-cv-02005-JCM-VCF

12       vs.
                                             **STIPULATION AND ORDER TO
13  SFR INVESTMENTS POOL I, LLC, a           EXTEND TIME FOR JPMORGAN
    Nevada limited liability company; and    CHASE BANK N.A. TO RESPOND TO
14  AUBURN AND BRADFORD AT                    AUBURN & BRADFORD AT
    PROVIDENCE HOMEOWNERS'                    PROVIDENCE HOMEOWNERS'
15  ASSOCIATION, INC., a Nevada non-          ASSOCIATION'S MOTION TO DISMISS
    profit corporation,                      CERTAIN CAUSES OF ACTION IN
16                                            COMPLAINT**

17       Defendants.                         **(First Request)**

18

19       On October 21, 2016, Defendant Auburn & Bradford at Providence

20  Homeowners' Association (the "Association") filed its Motion to Dismiss Certain

21  Causes of Action in Complaint (the "Motion"). November 7, 2016, was the deadline

22  for Plaintiff, JPMorgan Chase Bank N.A. ("Chase") to respond to the Association's

23  Motion. The Association and Chase now stipulate[1] and agree that Chase has up to

24  and including November 21, 2016, to respond to the Motion. An extension is

25

26       [1] The parties submitted the first draft of this Stipulation on November 7,
    2016. The Stipulation was rejected for failure to comply with LR IA 6-1(c). A second
27  draft was submitted on November 9, 2016; it was also rejected for failure to comply
    with LR IA 6-1(c).
28

DMWEST #15126560 v2

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

1 necessary to accommodate the workload of Chase's counsel and for the parties'

2 convenience.

3      This is the parties' first request for extension of this deadline, and the parties

4 submit this stipulation in good faith and not for purposes of delay.

5

6      Dated: this 14th Day of November, 2016.

7

8 Ballard Spahr LLP                 Gordon & Rees LLP

9

10 By:/s/ Justin A. Shiroff         By: /s/ Wing Yan Wong

11 Abran E. Vigil                       Robert S. Larsen
Nevada Bar No. 7548             Nevada Bar No. 7785

12 Justin A. Shiroff                    Wing Yan Wong
Nevada Bar No. 12869           Nevada Bar No. 13622

13 100 North City Parkway, Suite 1750   300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89106       Las Vegas, Nevada 89101

14 *Attorneys for Plaintiff*          *Attorneys for Auburn & Bradford at*

15                                         *Providence Homeowners' Association*

16

17

18                                  **IT IS SO ORDERED.**

19

20                                  UNITED STATES DISTRICT JUDGE

21                                  November 16, 2016
                                 Dated:

22

23

24

25

26

27

28

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

2