DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION, INC., a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:16-cv-02005-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING MARK PARREN AND JENNIFER PARREN WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; MARK PARREN, an individual; and JENNIFER PARREN, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Cross-Defendants MARK PARREN and JENNIFER PARREN ("the Parrens") stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **6538 Chinatown Street, Las Vegas, NV 89166; Parcel No.**

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

1  126-24-411-090 ("Property"). The Parrens have been informed that the Property was sold on

2  October 19, 2012 by the foreclosure sale conducted by Alessi & Koenig, LLC ("Alessi"),

3  agent for Auburn and Bradford at Providence ("the Association"). The Parrens further

4  stipulate and agree that they will not contest the validity of the resulting foreclosure deed

5  recorded in the Official Records of the Clark County Recorder, Instrument Number

6  201210250001439 or SFR Investments Pool 1, LLC's ("SFR") ownership interest in the

7  Property.

8  　　　Based on these representations, SFR Investments Pool 1, LLC and the Parrens stipulate

9  and agree that the Parrens shall be dismissed from this action without prejudice, each party to

10  bear its own fees and costs.

11  Dated this 11th day of January, 2017　　　Dated this 10th day of January, 2017

12  **KIM GILBERT EBRON**　　　　　　　　**MARK PARREN**

13

14  DIANA CLINE EBRON, ESQ.　　　　　　MARK PARREN
    Nevada Bar No. 10580

15  7625 Dean Martin Dr., Suite 110
    Las Vegas, Nevada 89139

16  Phone: (702) 485-3300　　　　　　　　Phone:
    Fax:　(702) 485-3301　　　　　　　　　*Cross-Defendant*

17  *Attorneys for SFR Investments Pool 1, LLC*
    　　　　　　　　　　　　　　　　　　**JENNIFER MONROE (F/K/A JENNIFER**

18  　　　　　　　　　　　　　　　　　　**PARREN)**

19  　　　　　　　　　　　　　　　　　　JENNIFER MONROE (f/k/a Jennifer Parren)

20  　　　　　　　　　　　　　　　　　　4917 Shady Rim Ct.
    　　　　　　　　　　　　　　　　　　Las Vegas, NV 89131

21  　　　　　　　　　　　　　　　　　　Phone: (702) 538-0810
    　　　　　　　　　　　　　　　　　　*Cross-Defendant*

22

23  　　　　　　　　　　　　　　　　**ORDER**

24  　　　UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

25  ORDERED that Cross-Defendants MARK PARREN and JENNIFER PARREN shall be

26  ///

27  ///

28  ///

　　　　　　　　　　　　　　　- 2 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1     dismissed from this action without prejudice, each party to bear its own fees and costs.

2

3        DATED January 12, 2017.

4

5

6                  _____

7                  UNITED STATES DISTRICT JUDGE

Respectfully submitted:

8

9

10     Diana Cline Ebron, Esq.

11     Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110

12     Las Vegas, Nevada 89139
Phone: (702) 485-3300

13     Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301