ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com
        wwong@gordonrees.com

*Attorneys for Auburn and Bradford at Providence
Homeowners Association, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. | Case No.: 2:16-cv-02005-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO SUBSTITUTE COUNSEL FOR AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION, INC., a Nevada non-profit corporation, | |
| Defendants. | |

Defendant Auburn and Bradford at Providence Homeowners' Association hereby substitutes as counsel LIPSON NEILSON COLE SELTZER GARIN, P.C in the place and stead of GORDON & REES, LLP.

ROBERT S. LARSEN, ESQ. and WING YAN WONG, ESQ., of GORDON & REES, LLP, hereby agree and consent to the substitution of LIPSON NEILSON COLE SELTZER GARIN, P.C, as counsel of record in place and stead for Defendant Auburn and Bradford at Providence Homeowners Association.

KALEB D. ANDERSON, ESQ. and ERIC TRAN, ESQ., of LIPSON NEILSON COLE SELTZER GARIN, P.C., hereby accept substitution as counsel of record for Auburn and

-1-

Bradford at Providence Homeowners' Association, in place and stead of GORDON & REES, LLP.

DATED this 21 day of March, 2017.

DATED this 21st day of March, 2017.

GORDON & REES, LLP

_____
As _Representative of_____
For Defendant Auburn and Bradford at
Providence Homeowners' Association

_____
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
300 S. Fourth St., Ste. 1550
Las Vegas, Nevada 89101

DATED this _____ day of March, 2017.

LIPSON NEILSON COLE SELTZER
GARIN, P.C.

_____
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
ERIC TRAN, ESQ.
Nevada Bar No. 11876
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

Gordon & Rees LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Bradford at Providence Homeowners' Association, in place and stead of GORDON & REES, LLP.

DATED this _____ day of March, 2017.

DATED this _____ day of March, 2017.

GORDON & REES, LLP

_____
As_____
For Defendant Auburn and Bradford at
Providence Homeowners' Association

ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
300 S. Fourth St., Ste. 1550
Las Vegas, Nevada 89101

DATED this 20th day of March, 2017.

LIPSON NEILSON COLE SELTZER
GARIN, P.C.

_____
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
ERIC TRAN, ESQ.
Nevada Bar No. 11876
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____4-14-2017_____

Gordon & Rees LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101