Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: shiroffj@ballardspahr.com

*Attorneys for MetLife Home Loans, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| METLIFE HOME LOANS, LLC, SUCCESSOR BY MERGER TO METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, NA,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company; and AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION, INC., a Nevada non-profit corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>METLIFE HOME LOANS, LLC, SUCCESSOR BY MERGER TO METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, NA , a national banking association; MARK PARREN, an individual; and JENNIFER PARREN, an individual,<br><br>Counter/Cross Defendants. | CASE NO. 2:16-cv-02005-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

DMWEST #17324292 v1

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff/Counterclaim Defendant MetLife Home Loans, LLC, Successor to MetLife Home Loans, a Division of MetLife Bank, NA, Defendant Auburn and Bradford at Providence Homeowners' Association, Inc., and Defendant/Counterclaimant SFR Investments Pool 1, LLC, by and through their respective undersigned counsel of record, being all of the parties who have appeared in this case, hereby stipulate to dismiss all claims asserted in this action, with prejudice, with each party to bear its own costs and attorney's fees.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
    Abran E. Vigil, Esq.
    Nevada Bar No. 7548
    Justin A. Shiroff, Esq.
    Nevada Bar No. 12869
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

KIM GILBERT EBRON

By: /s/ Diana S. Ebron
    Diana Cline Ebron, Esq.
    Nevada Bar No. 10580
    Jacqueline A. Gilbert, Esq.
    Nevada Bar No. 10593
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

*Attorney for SFR Investments Pool 1, LLC*

LIPSON NEILSON COLE SELTZER GARIN, P.C.

By: s/ Eric Tran
    Kaleb D. Anderson, Esq.
    Nevada Bar No. 7582
    Eric Tran, Esq.
    Nevada Bar No. 11876
    9900 Covington Cross Drive, #120
    Las Vegas, NV 89144

*Attorney for Auburn and Bradford at Providence Homeowners' Association*

## ORDER

IT IS ORDERED that the case is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

UNITED STATES DISTRICT JUDGE

Dated: March 19, 2018